IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



| | |
|---|---|
| Archie and Angela Hudson, on behalf of themselves and all of those similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>Windows USA, LLC, d/b/a Windows USA and Alaskan Window Systems; Big Four Companies, Inc.; and Wells Fargo, N.A. d/b/a Wells Fargo National Bank<br><br>Defendants. | Civil Action No. 3:16-cv-596-DPJ-FKB |

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Plaintiffs and prospective Class Representatives, Archie and Angela Hudson, on behalf of themselves and all of those similarly situated, hereby file their Notice of Appeal to the United States Circuit Court for the Fifth Circuit Court of Appeals. The Hudsons (the Appellants) demand appellate review of the following Orders of the United States District Court for the Southern District of Mississippi that have been entered in the above-referenced matter:

    1.    Order Denying the Plaintiffs' Motion for a Limited Lifting of the Stay on Discovery to Permit Discovery on Arbitration Issues [ECF Doc. No. 26], entered on November 3, 2016.

    2.    Order Compelling Claims Pleaded Against Wells Fargo to Arbitration Based upon Delegation Clause [ECF Doc. No. 31], entered on April 5, 2017.

3. Final Order Administratively Closing Case [ECF Doc. No. 34], entered on May 5, 2017.

By filing this Notice of Appeal, this appeal has been perfected. Futher, and within fourteen days of the entry of this Notice of Appeal, the Appellants will file their Transcript Order Form and Request for Record for Appeal from the Clerk of Court.

ARCHIE and ANGELA<br>
HUDSON, on behalf of themselves<br>
and all of those similarly situated<br><br>
By: /s/ Macy D. Hanson<br>
Macy D. Hanson<br>
Attorney for the Plaintiffs

MACY D. HANSON – MS BAR # 104197
macy@macyhanson.com
THE LAW OFFICE OF MACY D. HANSON, PLLC
THE ECHELON CENTER4
102 FIRST CHOICE DRIVE
MADISON, MISSISSIPPI 39110
TELEPHONE: (601) 853-9521
FACSIMILE: (601) 853-9327

## CERTIFCATE OF SERVICE

I, Macy Hanson, attorney for the Plaintiffs, do hereby certify that I have this day electronically filed a true and correct copy of the foregoing Notice of Appeal through the ECF system (via the Clerk of Court), which sent notice to all counsel of record in this matter.

THIS, the 11th day of May, 2017.

/s/ Macy D. Hanson<br>
Attorney for the Plaintiffs